UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **UNLIMITED ROOFING UPGRADER, LLC,** | ) | Bankruptcy No. 15-12398 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on **October 3, 2018** I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

C DAVID WARD
ILLINI LEGAL SERVICES CHARTERE
2756 ROUTE 34
Oswego, IL 60543

**VIA REGULAR MAIL**

UNLIMITED ROOFING UPGRADER, LLC
c/o Sergio Burciaga
470 OAK AVE.
AURORA, IL 60506

Lino Campos d/b/a
Diamond Exteriors & David's Construction
Porro Niermann & Petersen
821 West Galena Blvd
Aurora, IL 60506

Carlos Garcia and CMG Roofing
c/o Cunningham Lopez, LLP
120 W. Madison, Ste. 611
Chicago, IL 60602

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000