**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: UNLIMITED ROOFING UPGRADER, LLC         § Case No. 15-12398
                                               §
                                               §
                                               §
Debtor(s)                                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                    Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $24,478.04     Claims Discharged
                                                Without Payment: N/A

Total Expenses of Administration: $23,669.61

---

3) Total gross receipts of $ 48,147.65 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $48,147.65 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 23,669.61 | 23,669.61 | 23,669.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 84,635.56 | 29,748.38 | 24,478.04 |
| **TOTAL DISBURSEMENTS** | $0.00 | $108,305.17 | $53,417.99 | $48,147.65 |

4) This case was originally filed under Chapter 7 on April 07, 2015. The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/19/2019           By: /s/THOMAS E. SPRINGER
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BMO Harris checking account. | 1129-000 | 5,122.92 |
| Accounts receivable. American Dream Home | 1121-000 | 40,524.73 |
| Preference Adversary Settlement (Burciaga) | 1241-000 | 2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$48,147.65** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER | 2100-000 | N/A | 5,564.77 | 5,564.77 | 5,564.77 |
| Attorney for Trustee Fees (Trustee Firm) - THOMAS E. SPRINGER | 3110-000 | N/A | 15,241.00 | 15,241.00 | 15,241.00 |
| Attorney for Trustee Expenses (Trustee Firm) - THOMAS E. SPRINGER | 3120-000 | N/A | 599.66 | 599.66 | 599.66 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 28.32 | 28.32 | 28.32 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 23.29 | 23.29 | 23.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 66.84 | 66.84 | 66.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.56 | 62.56 | 62.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 60.39 | 60.39 | 60.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.63 | 68.63 | 68.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 60.05 | 60.05 | 60.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 60.16 | 60.16 | 60.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 71.41 | 71.41 | 71.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.63 | 62.63 | 62.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.55 | 62.55 | 62.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 71.08 | 71.08 | 71.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.36 | 62.36 | 62.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 70.87 | 70.87 | 70.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 64.32 | 64.32 | 64.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.09 | 62.09 | 62.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.42 | 68.42 | 68.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 64.04 | 64.04 | 64.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.39 | 68.39 | 68.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.74 | 59.74 | 59.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 66.05 | 66.05 | 66.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.57 | 59.57 | 59.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 70.11 | 70.11 | 70.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 63.64 | 63.64 | 63.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 61.43 | 61.43 | 61.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 69.81 | 69.81 | 69.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 61.24 | 61.24 | 61.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 67.49 | 67.49 | 67.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 63.17 | 63.17 | 63.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 61.10 | 61.10 | 61.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 73.25 | 73.25 | 73.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.04 | 62.04 | 62.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 66.38 | 66.38 | 66.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 64.07 | 64.07 | 64.07 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 72.81 | 72.81 | 72.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 63.88 | 63.88 | 63.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $23,669.61 | $23,669.61 | $23,669.61 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Lino Campos d/b/a Diamond Exteriors & David's | 7100-000 | N/A | 68,119.40 | 24,821.58 | 20,424.09 |
| 2 | Carlos Garcia and CMG Roofing | 7100-000 | N/A | 16,516.16 | 4,926.80 | 4,053.95 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $84,635.56 | $29,748.38 | $24,478.04 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-12398
**Case Name:** UNLIMITED ROOFING UPGRADER, LLC

**Period Ending:** 03/19/19

**Trustee:** (330640)  THOMAS E. SPRINGER
**Filed (f) or Converted (c):** 04/07/15 (f)
**§341(a) Meeting Date:** 05/04/15
**Claims Bar Date:** 08/06/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  BMO Harris checking account. | 9,000.00 | 5,122.92 | | 5,122.92 | FA |
| 2  Accounts receivable. American Dream Home Improvement, Inc. 3040 S. FInley Rd., Ste 200, Downers Grove, IL 60515 | 32,903.75 | 33,677.94 | | 40,524.73 | FA |
| 3  Preference Adversary Settlement (Burciaga) (u) | 25,000.00 | 2,500.00 | | 2,500.00 | FA |
| 3  Assets  Totals (Excluding unknown values) | **$66,903.75** | **$41,300.86** | | **$48,147.65** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee has reviewed the Debtor's financial records and has requested further information from the Debtor's principal regarding various potential preference payments and/or fraudulents transfers as well as demand for turnover from Debtor's principal for funds spent post-petition from bank account. Rule 2004 exam taken by Trustee's attorney.

Settlement and compromise reached with Debtor's principal based on claims filed. Trustee was ready to prepare Final Report until claim 2 amended on 1/2/18 based on judgment entered against Debtor 1/2/18. Trustee to review and take appropriate action.

**Initial Projected Date Of Final Report (TFR):**  December 15, 2016    **Current Projected Date Of Final Report (TFR):**  July 27, 2018  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-12398 | Trustee: | THOMAS E. SPRINGER (330640) |
|---|---|---|---|
| Case Name: | UNLIMITED ROOFING UPGRADER, LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******2766 - Checking Account |
| Taxpayer ID #: | **-***9272 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/19/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/05/15 | {2} | Illini Legal Service, P.C. | Collected Receivables | 1121-000 | 33,677.94 | | 33,677.94 |
| 06/08/15 | {2} | American Dream Home Improvement | Collected Receivables | 1121-000 | 6,846.79 | | 40,524.73 |
| 07/28/15 | {1} | BMO Harris Bank N.A. | Settlement Pursuant to Order | 1129-000 | 2,867.10 | | 43,391.83 |
| 07/28/15 | {1} | BMO Harris Bank N.A. | Settlement Pursuant to Order | 1129-000 | 176.16 | | 43,567.99 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.84 | 43,501.15 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.56 | 43,438.59 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.39 | 43,378.20 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.63 | 43,309.57 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.05 | 43,249.52 |
| 02/25/16 | {1} | Sergio A. Burciaga | Settlement Pursuant to Order | 1129-000 | 2,079.66 | | 45,329.18 |
| 02/26/16 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #15-12398, Bond Premium | 2300-000 | | 23.29 | 45,305.89 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.16 | 45,245.73 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.41 | 45,174.32 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.63 | 45,111.69 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.55 | 45,049.14 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.08 | 44,978.06 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.36 | 44,915.70 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.87 | 44,844.83 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.32 | 44,780.51 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.09 | 44,718.42 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.42 | 44,650.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.04 | 44,585.96 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.39 | 44,517.57 |
| 02/03/17 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2017 FOR CASE #15-12398, Bond #016073584 | 2300-000 | | 15.45 | 44,502.12 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.74 | 44,442.38 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.05 | 44,376.33 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.57 | 44,316.76 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.11 | 44,246.65 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.64 | 44,183.01 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.43 | 44,121.58 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.81 | 44,051.77 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.24 | 43,990.53 |

Subtotals :   $45,647.65   $1,657.12

{} Asset reference(s)   Printed: 03/19/2019 01:50 PM   V.14.50

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 15-12398 | | **Trustee:** | THOMAS E. SPRINGER (330640) |
|---|---|---|---|---|
| **Case Name:** | UNLIMITED ROOFING UPGRADER, LLC | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******2766 - Checking Account |
| **Taxpayer ID #:** | **-***9272 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 03/19/19 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.49 | 43,923.04 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.17 | 43,859.87 |
| 12/28/17 | {3} | Sergio A. Burciaga | Settlement of preference adversary | 1241-000 | 500.00 | | 44,359.87 |
| 12/28/17 | {3} | Sergio A. Burciaga | Settlement of preference adversary | 1241-000 | 1,000.00 | | 45,359.87 |
| 12/28/17 | {3} | Sergio A. Burciaga | Settlement of preference adversary | 1241-000 | 1,000.00 | | 46,359.87 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.10 | 46,298.77 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.25 | 46,225.52 |
| 02/13/18 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2018 FOR CASE #15-12398, yearly bond premium | 2300-000 | | 12.87 | 46,212.65 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.04 | 46,150.61 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.38 | 46,084.23 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.07 | 46,020.16 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.81 | 45,947.35 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.88 | 45,883.47 |
| 11/21/18 | 104 | THOMAS E. SPRINGER | Dividend paid 100.00% on $5,564.77, Trustee Compensation;  Reference: | 2100-000 | | 5,564.77 | 40,318.70 |
| 11/21/18 | 105 | Lino Campos d/b/a | Dividend paid  82.28% on $24,821.58; Claim# 1; Filed: $68,119.40; Reference: | 7100-000 | | 20,424.09 | 19,894.61 |
| 11/21/18 | 106 | Carlos Garcia and CMG Roofing | Dividend paid  82.28% on $4,926.80; Claim# 2; Filed: $16,516.16; Reference: | 7100-000 | | 4,053.95 | 15,840.66 |
| 11/21/18 | 107 | THOMAS E. SPRINGER | Combined Check for Claims#et_al. | | | 15,840.66 | 0.00 |
| | | | Dividend paid 100.00%            15,241.00 on $15,241.00;  Claim# ; Filed: $15,241.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%                599.66 on $599.66;  Claim# ; Filed: $599.66 | 3120-000 | | | 0.00 |

|  |  |  |
|---|---:|---:|
| ACCOUNT TOTALS | 48,147.65 | 48,147.65   $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 48,147.65 | 48,147.65 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$48,147.65** | **$48,147.65** |

Case 15-12398    Doc 56    Filed 03/28/19    Entered 03/28/19 15:35:49    Desc Main
                            Document      Page 9 of 9

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-12398 | **Trustee:** THOMAS E. SPRINGER (330640) |
| **Case Name:** UNLIMITED ROOFING UPGRADER, LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******2766 - Checking Account |
| **Taxpayer ID #:** **-***9272 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 03/19/19 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 48,147.65 | | | | |
| | | Net Estate : | $48,147.65 | | | | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******2766** | | 48,147.65 | 48,147.65 | 0.00 |
| | | $48,147.65 | $48,147.65 | $0.00 |

{} Asset reference(s)

Printed: 03/19/2019 01:50 PM    V.14.50